IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00382-WDM-CBS

ROBERT MOLINA,

    Plaintiff,

v.

RIFLE CORRECTIONAL CENTER (R.C.C.), et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Craig B. Shaffer, issued October 13, 2005, that the following motions be granted: (1) defendants Crowley County Correctional Facility (CCCF), Corrections Corporation of America (CCA), Crouse, Miller, Bridges, Selmon, and Hale's motion to dismiss, filed July 11, 2005 (Docket No. 19); (2) defendant Washington State Department of Corrections' (WDC) motion to dismiss, filed July 25, 2005 (Docket No. 24); (3) defendant Park County Jail's motion to dismiss, filed July 25, 2005 (Docket No. 26); and (4) defendants Rifle Correctional Center (RCC), Colorado Department of Corrections (CDOC), Denver Reception and Diagnostic Center (DRDC), Young, Gallegos, Horton, Bobby Johnson, and Anthony Johnson's motion to dismiss, filed August 9, 2005 (Docket No. 31). Plaintiff Robert Molina (Molina) failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

Having reviewed the pertinent portions of the record in this case, including the recommendation, complaint, motions to dismiss, responses, and replies, I will accept the recommendation as discussed below.

First, I agree with Magistrate Judge Shaffer that the motion to dismiss filed by CCCF, CCA, Crouse, Miller, Bridges, Selmon, and Hale should be granted because Molina had failed to sufficiently allege their personal or direct participation in the alleged constitutional violations, and because Molina has failed to adequately plead the exhaustion of available administrative remedies.

Second, I agree that WDC's motion to dismiss should be granted because it is not a "person" within the meaning of § 1983, because Molina's claims against unnamed officials are too vague to state viable claims, and because Molina has failed to allege that a custom, practice, or policymaker's decision caused the alleged constitutional violations.

Third, I agree that Park County Jail's motion to dismiss should be granted because Molina's allegations of negligent treatment are insufficient to establish a claim of deliberate indifference.

Fourth, I agree that RCC, CDOC, DRDC, Young, Gallegos, Horton, Bobby Johnson, and Anthony Johnson's motion to dismiss should be granted because Molina has failed to adequately plead the exhaustion of available administrative remedies, and because his allegations are insufficient to establish deliberate indifference.

Finally, I note that Molina named "unnamed staff" at various prisons and state agencies as defendants in this matter. Although these unnamed parties are not

specifically included in the motions to dismiss, Magistrate Judge Shaffer recommends that this entire action be dismissed. Because Molina does not object, I will accept this recommendation.

    Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Shaffer, issued December 13, 2005 (Docket No. 58), is accepted as modified herein.

2. Defendants Crowley County Correctional Facility, Corrections Corporation of America, Crouse, Miller, Bridges, Selmon, and Hale's motion to dismiss, filed July 11, 2005 (Docket No. 19), is granted.

3. Defendant Washington State Department of Corrections' motion to dismiss, filed July 25, 2005 (Docket No. 24), is granted.

4. Defendant Park County Jail's motion to dismiss, filed July 25, 2005 (Docket No. 26), is granted.

5. Defendants Rifle Correctional Center, Colorado Department of Corrections, Denver Reception and Diagnostic Center, Young, Gallegos, Horton, Bobby Johnson, and Anthony Johnson's motion to dismiss, filed August 9, 2005 (Docket No. 31), is granted.

6. This action is dismissed with prejudice.

    DATED at Denver, Colorado, on February 1, 2006.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge